

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00124-CR

Hector **RAMIREZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's third motion for extension of time to file his brief is GRANTED. We ORDER appellant to file his brief on or before August 10, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court